# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **DETENTION ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:07-cr-020 |
| Tony Joseph Zenker, | ) | |
| | ) | |
| Defendant. | ) | |

On May 2, 2007, the court convened a hearing on a petition for revocation of the Defendant's pre-trial release. AUSA Scott Schneider appeared on the Government's behalf and orally motioned for the detention of the Defendant pending trial. Assistant Public Defender Orell Schmitz appeared on the Defendant's behalf.

The Defendant did not contest the facts as set forth in the petition–that he violated the terms and conditions of his release to the extent that he has possessed paraphernalia and has tested positive for controlled substances. Accordingly, the court finds there are further conditions or combination of conditions that will reasonably assure the safety of other persons and the community. Accordingly, the court **REVOKES** the Defendant's release conditions **GRANTS** the Government's motion for detention. The court **FURTHER ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 2nd day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge